UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOS ISLENOS CONDOMINIUM ASSOCIATION | CIVIL ACTION |
| VERSUS | NO: 23-01557 |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, and Other Insurers Subscribing to Binding Authority No. B604510568622021, et al. | SECTION: T (5) |

## ORDER

Before the Court is a Motion to Compel Arbitration filed by Defendants, Certain Underwriters at Lloyds, London (and Other Insurers Subscribing to Binding Authority No. B604510568622021) and Independent Specialty Insurance Company (R. Doc. 6), who seek to move the Court for an order: (1) compelling Plaintiff, Los Islenos Condominium Association, to arbitrate its claims; and (2) staying these proceedings pending arbitration or, alternatively dismissing these proceedings in favor of arbitration. Plaintiff has not filed a response within the time limits provided in our Local Rules; accordingly, the Motion is unopposed.

Because it appears the Motion is well-founded, and the law is in favor of the movants, the Court will grant the Motion to Compel Arbitration and dismiss the case without prejudice in favor of arbitration. *See, e.g.,* ***Dorsey Property Management, L.L.C. vs. Underwriters at Lloyds, London - Lloyds of London***, No. 2:22-cv-03960 (E.D. La. 2/16/2023).

Accordingly,

1

**IT IS ORDERED** that the Motion to Compel Arbitration (R. Doc. 6) is GRANTED.

**IT IS FURTHER ORDERED** that this matter is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 30th day of June 2023.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE